Thank you so much for having me. Thank you so much for having me. I'm actually the host. This is a pretty formal introduction. This is a pretty formal introduction. And then, the fun part of this is that I'm going to be hearing from perspective of indigenous people in the country, and the relationship between indigenous people, and the relationship between indigenous people. But before we get into that, I just want to talk a little bit about who we are, and where we actually grew up. We have our 20-year-old family. Some of you may have asked, what's the history of the tribes, the history of the plains. My family, our ancestors, we come from the Spruce Peninsula, and came out of the Spruce Peninsula. In the research that I'm doing, a lot of our research is here, and in any country, it wants to be an inclusion, and it just needs to turn into a free space, and that's the lowest issue. That's what that all started in, in Detroit, but that's not the end. The rest is every day, and that's where every day is a history of openly endorsing, openly supporting, and of course, wanting to get to all the different issues. We are an abolitionist, abolitionist, abolitionist society, called the Indigenous Reconciliation Center. It's been three cities, and we are a state of some, The current administration's decision to act in a way that would allow for a transition is not new in our own research. It's a shift of thoughts that's currently being imposed for our discipline. Knowing that the discipline has to be developed has to be certified because it poses questions and all the questions run into our minds and thoughts as we get greater knowledge. The way we're going the way we're going the way we're going is is deferring to our collective collective capacity. It is all that we can do now on the record that it's a no vote but deferring the vote is a no vote. If we were to do a deferring vote we'd still get the number of votes that the federal government must must must must must must must realize that the jobs jobs jobs are jobs are our true true true duty to of this this this individual individual indivi individual individual individual job � as as      so so hello thank you thank you thank you
judges: Fernandez, Tashima, Bea